UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>ANGEL ACEL IBARRA,<br><br>    Defendant. | CASE NO.:  20CR3278-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING AND TRIAL SETTING |

  For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting currently set for November 20, 2020 at 1:30 p.m., be continued to December 18, 2020 at 1:30 p.m.  Defendant shall file an acknowledgement of the new hearing date by December 4, 2020.

  It is further ordered that the time is excluded pursuant to 18 U.S.C. §§3161(h)(1)(D) and (h)(7)(A) in light of the pending motions on file, and the parties' ongoing efforts to obtain and review mitigation and resolve the matter.

  IT IS SO ORDERED.

Dated:  November 18, 2020

                 *Janis L. Sammartino*
                 Hon. Janis L. Sammartino
                 United States District Judge